■ In the Matter of BARRY R. SHAPIRO, an Attorney. — Motion for reargument granted and upon reargument this court adheres to its prior determination. Concur — Murphy, P. J., Sandler, Ross, Carro and Asch, JJ.